THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ELDON PARKER, an individual; RENEE SHEERAN, an individual,<br><br>Defendants. | No.: 2:22-cv-00195-BJR<br><br>STIPULATED MOTION AND ORDER FOR TWO MONTH CONTINUANCE OF ALL PRE-TRIAL CASE SCHEDULE DEADLINES |

**STIPULATED MOTION**

Pursuant to Fed. R. Civ. P. 16(b)(4) the parties stipulate to this motion for modification of the pre-trial case schedule deadlines. The parties propose modifying three of the pre-trial case schedule deadlines by 60 days because Plaintiff Evanston Insurance Company ("Evanston") intends to amend its Complaint for Declaratory Judgment to include an additional defendant. The additional time will allow Evanston to file and serve the forthcoming amended complaint upon the additional party, as well as allow the additional party to familiarize themselves with the facts surrounding this case.

//

For the above reasons, the parties respectfully request each of the following deadlines be extended by 60 days:

| Event | Original Date | Proposed Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | April 11, 2022 | June 10, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | April 18, 2022 | June 17, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | April 25, 2022 | June 24, 2022 |

All remaining deadlines remain the same.

DATED:  April 6, 2022

BULLIVANT HOUSER BAILEY PC


By  */s/ Michael A. Guadagno*
    Michael A. Guadagno, WSBA #34633
    E-mail:  michael.guadagno@bullivant.com
    Elizabeth Hebel, WSBA #56708
    E-mail:  elizabeth.hebel@bullivant.com

Attorneys for the Ohio Casualty Insurance Company



SULLIVAN LAW GROUP, PLLC


By  */s/ Brian M. Sullivan*
    Brian M. Sullivan, WSBA #38066
    Email: brian@sullivanpllc.com
    Cassidy D. Stevenson, WSBA #50569
    Email: cassidy@sullivanpllc.com

Attorneys for Defendant Renee Sheeran, an individual

THE MARSHALL DEFENSE FIRM

By */s/ David S. Marshall*
David S. Marshall, WSBA #11716
Email: david@marshalldefense.com

Attorney for Defendant Kenneth Eldon Parker, an individual

## ORDER

**IT IS SO ORDERED.**

Dated: April 7, 2022

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER FOR TWO MONTH
CONTINUANCE OF ALL PRE-TRIAL CASE SCHEDULE DEADLINES

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930