THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH ELDON PARKER, an individual; RENEE SHEERAN, an individual,<br><br>　　　　　　　Defendants. | No.: 2:22-cv-00195-BJR<br><br>STIPULATED MOTION AND ORDER FOR ONE MONTH CONTINUANCE OF ALL PRE-TRIAL CASE SCHEDULE DEADLINES |

**STIPULATED MOTION**

Pursuant to Fed. R. Civ. P. 16(b)(4) the parties stipulate to this motion for modification of the pre-trial case schedule deadlines. The parties propose modifying three of the pre-trial case schedule deadlines by 30 days because Plaintiff Evanston Insurance Company ("Evanston") intends to amend its Complaint for Declaratory Judgment to include additional defendants. The additional time will allow Evanston to file and serve the forthcoming amended complaint upon the additional parties, as well as allow the additional parties to familiarize themselves with the facts surrounding this case.

//

For the above reasons, the parties respectfully request each of the following deadlines be extended by 30 days:

| Event | Original Date | Proposed Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | June 10, 2022 | July 11, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | June 17, 2022 | July 18, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | June 24, 2022 | July 25, 2022 |

All remaining deadlines remain the same.

**IT IS SO ORDERED.**

DATED this 13th day of June, 2022

_____
The Honorable Barbara J. Rothstein