THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, a company organized under the laws of the State of Illinois,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH ELDON PARKER, an individual; RENEE SHEERAN, an individual,<br><br>  Defendants. | No.: 2:22-cv-00195-BJR<br><br>STIPULATED MOTION AND ORDER FOR TWO MONTH CONTINUANCE OF ALL PRE-TRIAL CASE SCHEDULE DEADLINES |

**STIPULATED MOTION**

Pursuant to Fed. R. Civ. P. 16(b)(4) the parties stipulate to this motion for modification of the pre-trial case schedule deadlines.  On September 7, 2022, Plaintiff Evanston Insurance Company ("Evanston") filed a Stipulation to Amend Complaint for Declaratory Judgment to include additional claimants that have recently filed suit against Defendant Kenneth Eldon Parker.

The parties therefore propose modifying three of the pre-trial case schedule deadlines by 60 days to allow Evanston to file and serve the Amended Complaint for Declaratory Judgment upon the additional parties.  The additional time will also allow the additional

STIPULATED MOTION AND ORDER FOR TWO MONTH CONTINUANCE OF ALL PRE-TRIAL CASE SCHEDULE DEADLINES
NO.: 2:22-CV-00195-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1 parties to familiarize themselves with the facts surrounding this case.

2 For the above reasons, the parties respectfully request each of the following deadlines
3 be extended by 60 days:

| Event | Original Date | Proposed Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | September 9, 2022 | November 11, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | September 16, 2022 | November 15, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | September 26, 2022 | December 2, 2022 |

All remaining deadlines remain the same.

DATED:  September 13, 2022

BULLIVANT HOUSER BAILEY PC


By */s/ Michael A. Guadagno*
     Michael A. Guadagno, WSBA #34633
     E-mail:  michael.guadagno@bullivant.com
     Daniel D. Rhim, WSBA #58302
     E-mail: daniel.rhim@bullivant.com

Attorneys for Plaintiff Evanston Insurance Company


SULLIVAN LAW GROUP, PLLC


By */s/ Cassidy D. Stevenson*
     Brian M. Sullivan, WSBA #38066
     Email: brian@sullivanpllc.com
     Cassidy D. Stevenson, WSBA #50569
     Email: cassidy@sullivanpllc.com

Attorneys for Defendant Renee Sheeran, an individual

---

STIPULATED MOTION AND ORDER FOR TWO MONTH CONTINUANCE OF ALL PRE-TRIAL CASE SCHEDULE DEADLINES
NO.: 2:22-CV-00195-BJR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

THE MARSHALL DEFENSE FIRM

By  */s/ David S. Marshall*
David S. Marshall, WSBA #11716
Email: david@marshalldefense.com

Attorney for Defendant Kenneth Eldon Parker, an individual

**ORDER**

**IT IS SO ORDERED.**

Dated:  October 3, 2022

*[signature: Barbara J. Rothstein]*
HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION AND ORDER FOR TWO MONTH
CONTINUANCE OF ALL PRE-TRIAL CASE SCHEDULE DEADLINES
NO.: 2:22-CV-00195-BJR

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930