THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVANSTON INSURANCE COMPANY, a
company organized under the laws of the
State of Illinois,

            Plaintiff,

    v.

KENNETH ELDON PARKER, an
individual; RENEE SHEERAN, an
individual, E.R., an individual, CAROLINA
TRAUGOTT, an individual, CATHERINE
SUITER, an individual, and SHANNON
ESTRADA, an individual,

            Defendants.

No.: 2:22-cv-00195-BJR

STIPULATION AND ORDER TO
CONTINUE RULE 26(F) CONFERENCE
AND JOINT STATUS REPORT

**STIPULATED MOTION**

      Pursuant to Fed. R. Civ. P. 16(b)(4) the parties stipulate to this motion for

modification of the pre-trial case schedule deadlines.  On October 5, 2022, Plaintiff Evanston

Insurance Company filed the Amended Complaint for Declaratory Judgment to include

additional claimants that have recently filed suit against Defendant Kenneth Eldon Parker.

The added defendants in the above-captioned lawsuit therefore are E.R., Carolina Traugott,

Catherine Suiter, and Shannon Estrada.

      The parties therefore propose modifying three of the pre-trial case schedule deadlines

STIPULATION AND ORDER TO CONTINUE RULE 26(F)
CONFERENCE AND JOINT STATUS REPORT
NO.: 2:22-CV-00195-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  by 60 days to allow the additional parties to familiarize themselves with the facts

2  surrounding this case.  The additional time will also allow the parties to hold a meaningful

3  FRCP 26(f) Conference to provide the required Combined Joint Status Report to this Court.

4          For the above reasons, the parties respectfully request each of the following deadlines

5  be extended by 60 days:

| Event | Original Date | Proposed Date |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | November 11, 2022 | January 10, 2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | November 15, 2022 | January 13, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | December 2, 2022 | January 31, 2023 |

All remaining deadlines remain the same.

DATED:  November 11, 2022

SULLIVAN LAW GROUP, PLLC                 BULLIVANT HOUSER BAILEY PC


By /s/ Brian Sullivan                            By /s/ Daniel Rhim
   Brian Sullivan, WSBA # 38066                Michael A. Guadagno, WSBA #34633
   E-mail: brian@sullivanpllc.com              E-mail: michael.guadagno@bullivant.com
   Cassidy Spencer, WSBA # 50569              Daniel Rhim, WSBA #58302
   E-mail: cassidy@sullivanpllc.com           E-mail: daniel.rhim@bullivant.com

Attorneys for Defendant Renee Sheeran       Attorneys for Plaintiff Evanston Insurance
                                             Company

THE MARSHALL DEFENSE FIRM                    SCHROETER GOLDMARK & BENDER


By /s/ David S. Marshall                        By /s/ Lindsay L. Halm
   David S. Marshall, WSBA # 11716             Lindsay L. Halm, WSBA # 37141
   E-mail: david@marshalldefense.com           E-mail: halm@sgb-law.com
                                               Julie E. Kline, WSBA # 35461
Attorney for Defendant Kenneth Parker          E-mail: kline@sgb-law.com

                                             Attorneys for Defendants Carolina Traugott
                                             and Catherine Suiter

1 | PFAU, COCHRAN, VERTETIS &
2 | AMALA, PLLC

3 | By /s/ Kevin M. Hastings
   | Darrell L. Cochran, WSBA #22851
4 | E-mail: darrell@pcvalaw.com
   | Kevin M. Hastings, WSBA #42316
5 | E-mail: kevin@pcvalaw.com

6 | MONRO LAW FIRM, P.S. INC.

7 |

8 | By /s/ Justin K. Monro
   | Stephen K. Monro, WSBA No. 26075
9 | E-mail: stephenm@monrolawfirm.com
   | Justin K. Monro, WSBA No. 44763
10 | E-mail: justinm@monrolawfirm.com

11 |

   | Attorneys for Defendant E.R.
12 |

13 |

14 |

15 |                          **ORDER**
16 |
   | **IT IS SO ORDERED.**
17 |
   | Dated: November 15, 2022
18 |

19 |

20 | _____
   | HONORABLE BARBARA J. ROTHSTEIN
21 |

22 |

23 |

24 |

25 |

26 |